IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:18-cr-00363-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

V.

1.    MIGUEL ANTONIO GARCIA

    Defendant

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
_____

    Comes now the Defendant by his lawyer and he moves this Honorable Court for the entry of an Order extending the motions filing deadline to November 20, 2018. As grounds for this Motion, the Defendant states and avers as follows:

    1.    That November 16, 2018, is the motions' deadline pursuant to this Honorable Court's Order of September 18, 2018 (Doc. No. 27).

    2.    That undersigned counsel scheduled November 16 as the date to finalize pretrial motions.

    3.    That on November 13 undersigned counsel underwent surgery.

    4.    That his recovery from the surgery is unexpectedly longer than he had anticipated because of unforeseen minor complications.

    5.    That for the forgoing reason undersigned counsel is not confident he can competently finalize the motions by November 16.

6.      That undersigned counsel has conferred with counsel for the Government and is authorized to state that the Government has no objection to the granting of this Motion or to its being captioned as "Unopposed".

WHEREFORE Defendant prays that the relief requested be granted and for any other and further relief that the Court may deem just and proper.

Respectfully submitted this 16th day of November, 2018.

- s/Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for Defendant
1290 Williams Street, Suite 202
Denver, Colorado 80218
Telephone: 303-832-6777
Email: jsvlawoffice@gmail.com

**Certificate of Service**

I hereby certify that on this 16th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of the filing as follows:

All counsel of record

s/Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for Defendant
1290 Williams Street, Suite 202
Denver, Colorado 80218
Telephone: 303-832-6777
Email: jsvlawoffice@gmail.com

,