IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:18-cr-00363-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

V.

1.    MIGUEL ANTONIO GARCIA

    Defendant

_____

**MOTION TO SUPPRESS STATEMENTS**
_____

    Comes now the Defendant by his lawyer Joseph Saint-Veltri and he moves this Honorable Court for the entry of an Order suppressing from use at trial certain statements made by the Defendant during an interrogation conducted on July 17, 2018. As grounds for this Motion, the Defendant states and avers as follows:

    1.    That on July 17, 2018, the Defendant who was in custody at the Denver Detention Center was transported to the U.S. Marshall Service for processing in conjunction with the offenses described in the Indictment in this case.

    2.    That the Defendant was in the custody of two ATF Special Agents during the transport.

    3.    That the Defendant was questioned by the agents regarding his participation in the offences described in the Indictment.

    4.    That although the agents purportedly gave the Defendant an oral Miranda Rights advisement the Defendant did not knowingly and freely waive his Constitutional Rights generally expressed as his right to remain silent and his right to counsel.

5.	That the Defendant made statements in response to questions asked by the agents which are incriminating.

6.	That the Defendant's incriminating statements will on best information and belief be offered by the prosecution at the Defendant's trial.

7.	That the Defendant was arrested on July 11 and was (and is) in custody from the time of his arrest until presently.  That between the time of his arrest and the interview conducted by the ATF agents the Defendant was not afforded counsel by either the State of Colorado or the Federal Government.

WHEREFORE Defendant prays that the relief requested be granted and for any other and further relief that the Court may deem just and proper.

Respectfully submitted this 20th day of November, 2018.

-	s/Joseph Saint-Veltri
	Joseph Saint-Veltri
	Attorney for Defendant
	1290 Williams Street, Suite 202
	Denver, Colorado 80218
	Telephone: 303-832-6777
	Email: jsvlawoffice@gmail.com


### Certificate of Service

I hereby certify that on this 20th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of the filing as follows:

All counsel of record

s/Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for Defendant
1290 Williams Street, Suite 202
Denver, Colorado 80218
Telephone: 303-832-6777
Email: jsvlawoffice@gmail.com