FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2019

JEFFREY P. COLWELL
CLERK

Your Honor Raymond Moore,

I am writing for a few reasons Sir
I advised my Attorney Mr Joeseph St Valtry
to file some motions on my behalf.
Even though for some reason on Feb, 7, 2019
He told me on a recorded call their were
none, or any thing that could be done.
- Motion for a new trial, Motion to Vagate
- Conviction (2255 Habeas Corpus)
- Motion for Judgement of aquital
- Motion to move to dismiss
- Motion to have evidence tested for tampering
- Motion to have evidence locked down.

On FEB 10, 2019 I requested these motions
to be filed.
The motion filed on my behalf filed Feb 7, 2019
was filed on his own behalf after I asked
him why nothing I asked of him and his investigator
were not done. Including tampering with evidence.
Going to Super 8 and checking, which he said
his investigater had done. If they actually
took a physical key and not a Hotel
Card Key which had a sleeve with the #223
writen on it. He told me it was checked
and even went as far as to say the closest
location was checked and it did take a physical
key. Which In My Investigation by calling
phone number 1.800.800.8000 which is on
the card sleeve. Their is not a Super 8
in Colorado that uses a Actual key.
And thanks to them and google

I got the phone # of the Closest Super 8 near Alameda & Pecos. Where my lawyer told me his Investigator said was checked. And talked to them and Confirmed what the 1800.800.8000 & Super8.com That were on the sleeve card. Of DA main Evidence, I still cant believe in Opening statements and through out trial was used. That was used by Denver P.D, for Initial Arrest, also used for Federal indightment. The real kicker was when Detective Anderson On stand in your Court put the key in the sleeve and stated sure it goes together. It fits. Or something in that nature. Or which I Believe the Other two Denver Police officers that took stand as well lied. As well as my Attorneys investigator an Ex Denver P.D & Denver Detective Might not have Actually Checked the Hotels like he told my lawyer. That Super 8 Does not take a Actual key But a card & Yes that Card goes in a card sleeve with Room numbers on them. And granted I'm no Harvard Grad, or been to lawschool, or The police Department, but as a Common Man with No more than a GED Figured just call the phone number on the Card sleeve. And see if Super 8 used an Actual key and not a Card. Another thought I had was The Investigator my lawyer had on my Team, being a Ex Denver officer? Would he have their back or change sides for me a convicted


②

Fellon that he spent his life trying to put away. Then when I seen him shaking hands ? High fiving the other side, I thought no, those are still his boys. And how he wanted the one juror he liked and hated to see him go, Our Alternit that had close ties to the Denver Police Department. I figured I was up against a stacked Deck. My Lawyer Mr Valtry said those numbers on key card being fudged were big Acusations. But me being their that DAy ? knowing where that key went to. And me knowing that Im no Drug dealer & And me having no clue as to any thing Illigal in that bag. And knowing from past expierence as to how Police will judge you from your past ? now I see our Federal Goverment does as well, at least the DA... After I gave them my Name and they ran it and seen my record ? what I was out on bond for I was done. I heard them talking ! And way before they got that Vidio. Ya It was dumb at 7-11. But on July 11, 2018 On my sons B·Day, and my belief that my Daughter was At the Hospital. I did what any Father that loved their kids would Do. So my way of thinking is as a common Man, If they went as far as to fudging numbers How far would Denver P.D. go.

I promise one thing I bet they never expected me to go to trial. Because my bad ass record shows that. But again Im no drug dealer, and God really did change me. Am I perfect with out sin Nope. But a drug Dealer I am not sir. Now Im sure that you — your Honor Judge Raymond P. Moore By mistake allowed this evidence against me Miguel A Garcia in your Court Room. That to my understanding was recorded. Including Detective Anderson on the Stand Actually putting the Actual key in the Card sleeve. As well as our 911 callers Translated Version showing he was lying by first stated he was talking to a women when you listen to it was a mans Voice. Or what about the end of transcript where he tells 911 that oh they already got him. How would he know that? Probably why DA did not bring him in!

Sir I know in my heart you just over looked this. And will fix this mistake. And grant motions to fix what happen in your Court Room. I know The Denver P.D forged that sleeve and I have proof that I will show the world, God willing. Mistakes happen in life sir and Im begging you to fix this one. I know how it would look for A man holding no More than A Bible, fit the discription to A T. With A Black shirt and a breifcase. Running down Alameda

(3)

To beat this case. But It will look a lot worse for our federal government Allowing this bogus call from A man from Honduras, With tampered evidence. Allowing Detective James Anderson, Our DA, And Denver P.D Make A Mockery of your Court. I Am 100% Sure that Cord sleeve was tampered with and have 100% proof of that. That is in process being shared with the world. And With god all is possible sir. The truth will Come out. And I pray that you Your Honor Judge Raymond P. Moore, Had nothing to do with it, and is Just a error, you over looked. In my opinion Today Feb 12, 2019 That was all that it was. And I pray in Jesus name you give me Reliefe and time if needed for proper motions, and at the End grant what ever motions you see fit To Aquitt me of all Charges. And let me show you the man god made me. Im a forgiving man sir. And the letter I wrote you months ago were or was not a lie. But a short story of true facts of my life. To try and get you to know me, and not the man you read from my past. Perfect no sir but A drug dealer or a criminal I am not.

Like I said in the begging of this letter, I'm no Harvard Garaduate, Or never been to law school. And No police Department. Even though I kinda wish I could do what that one Detective in trial Did he was cool. And smart! But I am a man of God. And I Read alot, and am actually a good man if you got to know me. Blessed Exteriors my company I became friends in Colorado Springs with lawyers, police officers, alot of good people with a connection or two. I Bet you would love my work as well. Any way I'm not sure on time frames I have for motions that can be filed post conviction, I will know by friday though. And I've Already contacted, diffrnt departments in governments, and Judicial branches to file Complaints. As well as Sent pieces of my evidence to Many local & national News stations. Including CNN NYTimes, local, To name a few. Made formal Complaints on All Attorneys. Instructed my lawyer on a requsted Recorded call to send motions on my behalf. A Important one is to safe guard my evidence that was presented during trial. As well as I photo copied this letter I'm sending to you.



Again Your Honor I'm begging you to not allow Attorneys from either side, as well as Detective Anderson, or Denver Police Department, touch any Evidence the Government Used in my case. I guess dont let any one near it untill you grant my motions or the Agencys I talked to today Are able to look At it. I am not going to stop or go Away Till the truth Comes out that Denver PD And or Detective Anderson, not Excluding the investigator Tampered with Evidence That was then used to convict me of a federal crime. And at the end of the day made a mockery of you in your Court that you just happen to over look. And my opinion as of today is you just over looked this terrible mistake. That I have faith in The Name of Jesus you will Come to my Aid and fix. And if not my opinion will change. And with my evidence That Super 8 does not use an actual key alone And that sleeve was tampered with. The United States will Know and have a list of Every one I believe was involved in this set up. Thank you for your help sir ? God Bless

Sincerly Miguel A Garcia Sr

P.S. Sir I have another Revised Copy being sent, by mail, from the facility I'm currently being held at. I pray this one Reaches you safly on this Feb 14th 2019 thank you for your help.
   Again
May God Bless you & your family.

Raymond P Moore
Alfred A Arraj
United States Court house #A105
901 19th St
Denver Colo 80294-3589

Case # 18-CR-00363-RM



Scanned by
US Marshal