IN THE UNITED SATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00363-RM

UNITED STATES OF AMERICA,

    Plaintiff,

V.

1. MIGUEL ANTONIO GARCIA

    Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 11 2019

JEFFREY P. COLWELL
CLERK

---

MOTION TO Disclose to the Defendant All Government - Detective Andersons notes - Vidio From liquer store From 7-11-18.

Comes now the defendant Miguel A garcia Pro-SE, Moves honorable Court for an entry of an Order, for Government and Detective James Anderson, to share any and all notes pertaining to the defendants case. Any additional information not used in trial, Vidio tape from liquere store, From 7-11-18. as grounds for this motion The defendant states and avers as follows:

During trial government failed to disclose knowledge of false Evidince, and False Reports from 911 Caller. 18 U.S Code § 3500. DEMANDS for production of statements and reports of witnesses. And acording to the defences 6th Amendment Right to know who Accusers are and the nature of charges and evidence against defendant.

1. Brady Rule, requires prosecutors to disclose materially exculpatory evidence in the governments possession to the defence. Brady Matieral is evidence the prosicuter is required to disclose under this rule includes any evidence favorable to the accused - evidence that goes towards negating a defendants guilt, or credibility of a witness.

exculpatry evidence under this rule, and prejudice has ensued, the evidence will be suppressed. The evidence will be suppressed regardless of whether the prosecuter knew the evidence was in his or her possession, or whether or not the prosecutor intentionally or inadvertently with held the evidence from defence. The supreme Court states that the procecution has a constitutional duty to disclose. Kyles V. Whitley 514 U.S. 419, 434 (1955);

2. Defendant also request all evidence, Indightments photos, statements from trial to prepare for future motions as soon as possible. As well as all transcripts from the trial.

3. Defence believes with evidence not used in Trial or disclosed to jury the out come of trial would have been differnt.

So their for In Jesus Name the defendant prays that the Relief Requested be granted and for any other and further relief that the court may deem just and proper.

Respectfully submitted this 6th day of March, 2019

Miguel A Garcia
3130 N. Oakland St
Aurora Co. 80011
E MAil: Garcia.Vrs USA@gmail.com

US POSTAGE
HASLER
017H15548595
$0.550
03/07/2019
Mailed From 80010

DENVER
CO 802
07 MAR '19
PM 3 L

Clerks office
Alfred A. Arraj U.S. Courthouse
Room A-105
901 19th st
Denver, Colo. 80294-3589

80294-250059

Miguel Antonio Garcia
#44324-013
3130 N. Oakland st
Aurora, Co. 80010

DETAINEE MAIL