CASE NUMBER 18-CR-00363-RM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 08 2019
JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA

V.

MIGUEL ANTONIO GARCIA

MOTION TO WRIT MIGUEL ANTONIO GARCIA

COMES NOW THE DEFENDANT MIGUEL ANTONIO GARCIA PRO-SE, ASKING THIS HONORABLE COURT FOR AN ORDER TO WRIT MIGUEL ANTONIO GARCIA AS GROUNDS FOR THE REQUESTED ORDER THE DEFENDANT STATES AND AVERS AS FOLLOWS:

1. THE DEFENDANT ASKS THIS HONORABLE COURT FOR AN ORDER TO WRIT DEFENDANT, IF NEEDED AND OR REQUIRED TO ANY AND ALL PROCEEDINGS CONCERNING MY MOTION 2255 VACATE.

2. DEFENDANT IS CURRENTLY BEING HELD AT UNITED STATES PENITENTIARY VICTORVILLE AND REQUESTS TO BE TRANSPORTED TO ALFRED A ARRAJ COURTHOUSE AT 901-19TH ST DENVER, COLORADO IF NEEDED OR REQUIRED FOR CURRENT MOTION 2255, FOR FURTHER PROCEEDINGS.

3. THE DEFENDANT ALSO REQUESTS TO BE INFORMED ON ANY AND ALL ACTIVITY AND STATUS OF CURRENT MOTION 2255 VACATE. ANY AND ALL ENTRYS ON THE 2255 WOULD BE GREATLY APPRECIATED

SO THEIRFORE IN JESUS NAME THE DEFENDANT PRAYS THAT THE RELIEF REQUESTED TO BE GRANTED AND OR ANY OTHER RELIEF THIS HONORABLE COURT SEEMS JUST AND PROPER.
RESPECTFULLY SUBMITTED THIS JULY 4TH 2019
    Miguel Antonio Garcia
    Reg. No. 44824-013
    USP VICTORVILLE
    UNITED STATES PENITENTIARY
    P.O. BOX 3900
    ADELANTO, CALIFORNIA 92301



JOSE ANTONIO GARCIA
REG. NO. 44824-013
USP VICTORVILLE
UNITED STATES PENITENTIARY
P.O. BOX 3900
ADELANTO, CALIFORNIA 92301

CLERK OF THE COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, COLORADO 80294-3589

SN BERNARDINO CA 924
05 JUL 2019 PM 5 L